## STATE v. TOBE WILKES.

(Filed 23 September, 1908).

**Wilful Abandonment of Crops—Revisal, 3366—Jurisdiction—Judgment Arrested.**

A Court of a Justice of the Peace has final jurisdiction of a wilful abandonment of crop in violation of Revisal, sec. 3366. A judgment of the Superior Court, to which the indictment was originally brought, will be arrested.

INDICTMENT heard before *W. R. Allen, J.,* Term Time, of GREENE.

*Assistant Attorney-General Clement* for the State. *W. S. O'B. Robinson* and *J. P. Frizzelle* for defendant.

PER CURIAM. Indictment originating in the Superior Court of Greene County for wilfully abandoning a crop without cause before paying advances, in violation of sec. 3366 of the Revisal.

In this Court defendant moved to quash the proceedings and arrest the judgment upon the ground that, under said statute, the Superior Court had no original jurisdiction, in that the punishment is a fine not exceeding fifty dollars or imprisonment not exceeding thirty days. The Court is of opinion, upon examination of the statute, that the offence is within the final jurisdiction of a justice of the peace and that the Superior Court did not have original jurisdiction. The case cited, *State v. Robertson,* 143 N. C., 620, has no application, as the original record shows it originated in the Justice's Court.

Judgment arrested.